# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARIO LAMONT HARRIS,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C18-916-RAJ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This action is DISMISSED without prejudice for failure to pay the filing fee and for failure to prosecute.

(3) The pending motions, Dkts. 6 & 7, are DENIED as moot.

(4) The Clerk shall send copies of this Order to petitioner and to Judge Donohue.

Dated this 31st day of October, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1

ORDER OF DISMISSAL - 2